In the Matter of the Claim of HAROLD WEINTRAUB, Respondent, v. MILLER & WEINTRAUB et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

No opinion. Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. RALPH POLSINELLI, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SMITH, Also Known as FRED SMITH, JR., Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

MOSE RASCOE, Appellant, v. LESLIE G. ROSS et al., Respondents.—

No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.